# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Darnell Marquis Campbell

V.  **JUDGMENT IN A CIVIL CASE**

United States Department of Education

CASE NUMBER: 10cv266 JLS (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's request to transfer is denied, Defendant's motion to dismiss is granted, and this case is dismissed with prejudice.

| June 28, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Zvers
(By) Deputy Clerk

ENTERED ON June 28, 2010